UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff,<br><br>v.<br><br>WILFREDO CRESPO-SANTIAGO, ET AL.<br>    Defendants | CIVIL NO. 96-2179(JP)<br><br>FORECLOSURE OF MORTGAGE |

**ORDER FOR CANCELLATION OF LIS PENDENS**

Upon motion by plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real estate property described herein below by virtue of the Lis Pendens in this case, be canceled and that a Writ of Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of the Property, Registry of Bayamón, Section III, Puerto Rico, shall be directed to cancel off record said Lis Pendens:

**Real Estate Property:**

URBANA: Solar marcado con el número 1 del bloque V de la Urbanización Villa Linares localizado en el Barrio Espinosa del Municipio de Vega Alta, Puerto Rico, con un área de 307.05 metros cuadrados. En lindes por el NORTE, con el solar número 2, distancia de 20.24 metros cuadrados; por el SUR, con la calle número 14, distancia de 20.50 metros cuadrados y un arco de 2.75 metros; por el ESTE, con la calle número 9, distancia de 10.50 metros cuadrados y un arco de 2.75 metros y por el OESTE, con Mogote, Parque Pasivo de la Administración de terrenos, distancia de 14.50 metros cuadrados.

Enclava una casa.

United States v. Wilfredo Crespo-Santiago, et al.
Civil No. 96-2179(JP)
Page 2

Plaintiff's mortgage is recorded at page 240, volume 115 of Vega Alta, property number 8,035 1st inscription at the Registry of the Property of Bayamón, Section III, Puerto Rico.

**Lis Pendens:**

> AL ASIENTO 172 DEL DIARIO 198, se presentó el día 25 de noviembre de 1996, se presentó Aviso de Demanda sobre ejecución de hipoteca, por la suma de $26,171.17, expedida en el Tribunal de los Estados Unidos, Distrito de Puerto Rico a favor de U.S.A. versus Wilfredo Crespo Santiago, en el caso civil número 96-2179(JP).

In San Juan, Puerto Rico, this 21st day of March, 2003.

_____
JAIME PIERAS, JR.
UNITED STATES DISTRICT JUDGE